**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01585-CV

### ROBIN LOUISE THOMAS, Appellant

### V.

### DONALD ALLIE AND JACKIE MCCLINTOCK AS REPRESENTATIVES OF THE ESTATE OF THI PHAM, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08195**

## ORDER

Before the Court is appellant's February 3, 2020 opposed motion to extend time to file her jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than March 4, 2020. We caution that failure to comply may result in dismissal of this appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c).

/s/     ERIN A. NOWELL
        JUSTICE